BTB:vlf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6272

18:228(a)(1)
18:228(a)(3)

MAGISTRATE JUDGE
VITUNAC

FILED by _____ D.C.
SEP 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA )
       Plaintiff, )
)
vs. )
)
STEPHEN R. GREEN )
)
       Defendant. )
_____ )

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Beginning in or about November, 1992 and continuing to June, 1998, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

STEPHEN R. GREEN,

a resident of Broward County, Florida, willfully failed to pay a past due support obligation for the support and maintenance of children residing in Fair Lawn, New Jersey and to the parent with whom the children lived, said obligation having been determined by the Superior Court, Bergen County, New Jersey, in Case No.FM-03111-89 and which remained unpaid for a period longer than one year and was greater than $5,000.

All in violation of Title 18, United States Code, Section 228(a)(1).



## COUNT II

Beginning in or about July, 1998 and continuing to present, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

STEPHEN R. GREEN,

a resident of Broward County, Florida, willfully failed to pay a past due support obligation for the support and maintenance of children residing in Fair Lawn, New Jersey and to the parent with whom the children lived, said obligation having been determined by the Superior Court, Bergen County, New Jersey, in Case No.FM-03111-89 and which had remained unpaid for a period longer than two years and was greater than $10,000.

All in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**BOND RECOMMENDATION**

<u>STEPHEN R. GREEN</u>
Defendant

$100,000 PSB and $25,000 CSB is recommended.

By: _____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 E. BROWARD BOULEVARD, 7TH FL
FT. LAUDERDALE, FLORIDA 33394
FLORIDA BAR NO. 999490
TELEPHONE: (954)356-7255
FACSIMILE: (954)356-7336

Agent(s):   <u>**Special Agent Bernardo Rodriguez (HHS)**</u>
(FBI)   (SECRET SERVICE) (DEA) (IRS) (CUSTOMS)   (OTHER)

UNITED STATES OF AMERICA

v.

STEPHEN R. GREEN

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

New Defendant(s)        Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days      _X_     Petty      ___
   II   6 to 10 days     ___     Minor      ___
   III  11 to 20 days    ___     Misdem.    ___
   IV   21 to 60 days    ___     Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No    If yes, was it pending in the Central Region? _X_ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

_____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached                                REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __Stephen R. Green__          No.: _____

Count #I:
Failure to pay child support, in violation of 18:228(a)(1)

*Max Penalty: Not more than 6 months' imprisonment and $5,000 fine

Count #II:
Failure to pay child support, in violation of 18:228(a)(3)

*Max Penalty: Not more than 2 years' imprisonment and $250,000 fine

Count #:


*Max Penalty:


Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

No. _____

# UNITED STATES DISTRICT COURT
### Southern District of Florida
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

STEPHEN R. GREEN

## INDICTMENT

18 USC 228(a)(1)
18:228(a)(3)

A true bill.

_____
Foreperson

Filed in open court this

_____ day,

of _____ A.D. 19___

_____
Clerk

Bail, $ _____