# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: STEPHEN GREEN (J)   CASE NO: 00-6272-CR-HURLEY

AUSA: BRUCE BROWN /Rosenbaum/   ATTY: _____

AGENT: S/A JOHN MEJIA   VIOL: 18:228 (a)(1) and (a)(3)

PROCEEDING: I/A ON SEALED INDICTMENT   RECOMMENDED BOND: 100,000 PSB & 25,000 CSB

BOND HEARING HELD: (yes)/ no  w/out cnsl   COUNSEL APPOINTED: _____

BOND SET @: 100,000 PSB / 25,000 CSB   To be cosigned by: wife

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents. *before release*
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't moved to unseal indictment Granted
Deft advised of charges
Counsel to be retained

not to be released until conditions are met reset for continuation of bond.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-27 | 11 | BSS | ✓ |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-27 | 11 | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 10/26/00   TIME: 11:00   FTL/LSS TAPE # 00- 083   Begin: 280   End: 600