## COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 10/30/2000   TIME: 9:30 AM

DEFT.  STEPHEN R. GREEN  ✓ (B)   CASE NO. 00-6272-CR-HURLEY/VITUNAC ✓

AUSA.  Carolyn Bell / BRUCE BROWN   ATTY: John O'Donnell (Perm. Ret.)

AGENT.  HHS   VIOL.  18:228(a)(1)

PROCEEDING  STATUS RE COUNSEL AND ARRAIGNMENT   BOND. $100,000 PSB & $5,000 CASH

DISPOSITION  Status Re Counsel & Arraignment held. Deft present with counsel - sworn. Notice of permanent appearance filed. Indictment read to deft & pleads not guilty.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested - signed & distributed

Status/Disc set for Thursday 11-30-2000 @ 9:30 AM before Judge Vitunac.

Defense request to modify conditions of release for Deft.'s travel to be restricted to Continental U.S. Judge Vitunac will consult with Judge Seltzer & issue written order. (Ruling Reserved)

DATE: 10-30-00   TAPE: AV 00-78-1412