REC'D by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR **00-6272-CR-Hurle**
         Plaintiff )
                     ) REPORT COMMENCING CRIMINAL
    -vs-                )          ACTION
                      ) **55525-004**
**Stephen R. Green** )
    Defendant             USMS NUMBER

****************************************************

TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W.PALM BEACH
    U.S. District Court           FT. PIERCE
                      (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **10/26/00  7:30 am** (am/**pm**)

(2) Language Spoken: **English**

(3) Offense(s) Charged: **Title 18 USC 228 · Failure to Pay Child Support.**

(4) U.S. Citizen [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: **1/7/54**

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint to be filed/already filed
    Case# **00-6272**

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **10/26/00**  (9) Arresting Officer: **John Mejia**

(10) Agency: **DHHS/OIG/OI**  (11) Phone: **305-530-7756**

(12) Comments: _____