# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. W.P.B.

DEFT: Stephen Green (J)#  CASE NO: 00-6272-CR-Hurley
AUSA: Bruce Brown / Robin Rosenbaum  ATTNY: ATTY: John O'Donnell
AGENT:  VIOL:
PROCEEDING: Continuation of bond   BOND REC:
BOND HEARING HELD - yes/no   Hearing for conditions / INQUIRY RE Counsel / arraignment
COUNSEL APPOINTED:
___ BOND SET @ $100,000 PSB + $5,000. Cash
CO-SIGNATURES: wife
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL
12) ___ Halfway House
___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

X-sworn
- Surrenders passport in court.

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: 10-30-00  9:30  Vitunac - WPB
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 10-30-00  9:30  "  "
STATUS CONFERENCE:

DATE: 10-27-00   TIME: 11:00am   TAPE # 00-00-086  PG # 8
241-1800