UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6272-CR-HURLEY/VITUNAC</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHEN R. GREEN,

    Defendant.
_____/



## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on <u>OCTOBER 30, 2000</u>, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**     Address: <u>ON BOND</u>

    Telephone no.: _____

**DEFENSE COUNSEL:**    Name: <u>JOHN O'DONNELL</u>

    Address: <u>4367 NORTH FEDERAL HIGHWAY</u>

    <u>FORT LAUDERDALE, FLORIDA 33308</u>

    Telephone no.: _____

BOND/SET//////////: $ <u>100,000 PSB & $5,000 CASH</u>

BOND//// hrg held: YES <u>X</u> NO___ BOND/PTD hrg set for_____

Dated this <u>30</u> day of <u>OCTOBER</u>, 2000.

    CLARENCE MADDOX, CLERK OF COURT

    By: /s/ Sandra Acevedo
           Deputy Clerk

c:   Courtroom Deputy, District Judge
     United States Attorney
     Defense Counsel
     United States Pretrial Service