UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6272-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

STEPHEN R. GREEN,

   Defendant.
_____/

### ORDER RE BOND

The Defendant, STEPHEN R. GREEN, appeared before the Court for Status re Counsel and Arraignment. At that hearing, the Defendant requested permission to travel throughout the United States, thereby seeking a request to modify the conditions of release set by Judge Seltzer. After consultation with Judge Seltzer who set the original bond, the Defendant's Motion to Travel throughout the United States is GRANTED contingent upon his prior notification to Pretrial Services of his travel plans. The Defendant must notify Pretrial Services of the date of travel, method of travel and must give Pretrial Services the telephone number and location of the places at which he will be staying while traveling.

DONE and ORDERED in Chambers at West Palm Beach in the Northern Division of the Southern District of Florida, this 31 day of October, 2000.

ANN E. VITUNAC
United States Magistrate Judge

Copies to:
AUSA - Carolyn Bell, Esq.
John O'Donnell, Esq.

cc J. Seltzer

