# United States District Court

SOUTHERN DISTRICT OF FLORIDA

508519

UNITED STATES OF AMERICA

V.

STEPHEN R. GREEN

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6272-CR-HURLEY

REC'D by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

YOU ARE HEREBY COMMANDED to arrest __STEPHEN R. GREEN__

Name: **MAGISTRATE JUDGE VITUNAC**

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | |Information | | |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

charging him or her with (brief description of offense)

**FAILURE TO PAY COURT ORDERED CHILD SUPPORT**

in violation of Title __18__ United States Code, Section(s) __228(a)(1) and (a)(3)__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

09/12/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __100,000 PSB or 25,000 CSB__ by **WILLIAM P. DIMITROULEAS,**
UNITED STATES DISTRICT COURT JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at ____
Ft. Lauderdale, FL

| DATE RECEIVED 10/24/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 10/26/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest