# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 11/30/2000     TIME:     9:30 AM

DEFT. STEPHEN R. GREEN          (B)
     (Deft. not required)

CASE NO. 00-6272-CR-HURLEY/VITUNAC

AUSA. BRUCE BROWN ✓

ATTY. JOHN O'DONNELL (RETAINED)

AGENT. HHS

VIOL. 18:228(a)(1)

PROCEEDING STATUS/DISCOVERY CONF.

BOND. $100,000 PSB & $5,000 CASH

DISPOSITION *Status/Discovery held*

*Parties present*

*Possible Plea*

DATE: 11-30-00

TAPE: ASV 00-89-756

19