UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6272-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

STEVEN R. GREEN,
    Defendant.
_____/



## ORDER SETTING STATUS CONFERENCE

    **THIS MATTER** was before the court at a status conference held on November 30, 2000. Counsel representing the parties were present and the proceedings were court reported. For the reasons stated on the record, It is

    **ORDERED** and **ADJUDGED**:

    1. Counsel representing the parties shall attend a second status conference on **Tuesday, January 16, 2001, at 8:40 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

    2. If arrangements are made at least 48 hours in advance with the courtroom deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

    **DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this ___30th___ day of ~~December~~ Nov., 2000.

                                              Daniel T. K. Hurley
                                              United States District Judge

**copy furnished:**
AUSA Bruce T. Brown
John O'Donnell, Esq.