UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6272-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                    **NOTICE OF HEARING**

STEPHEN R. GREEN,

    Defendant.
_____/

TO: BRUCE T. BROWN, ESQUIRE
    Assistant United States Attorney
    500 East Broward Boulevard, Suite 700
    Fort Lauderdale, FL 33394-30022

The above has been set down for hearing before the Honorable <u>DANIEL T. K. HURLEY,</u> at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida, <u>Room 5,</u> on <u>Tuesday,</u> the <u>3rd</u> day of <u>April, 2001,</u> at <u>10:30 A.M.</u>, or as soon thereafter as counsel may be heard, the following:

**CHANGE OF PLEA**

I HEREBY CERTIFY that a copy of the foregoing was furnished by Fax (954) 356-7336 and mail to the above-named addressee(s) on this 23rd day of March, 2001.

                                        JOHN D. O'DONNELL
                                        Florida Bar No. 138480
                                        Colonial Building, Suite 201
                                        4367 North Federal Highway
                                        Ft. Lauderdale, FL 33308
                                        (954) 491-2700

c: Judicial Assistant

