# CRIMINAL MINUTES



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

===================================

Case No. **00-6272-CR**   Date **April 3, 2001**

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: **English**   Defendant's Status: (~~Pretrial Detained~~ / Bond)

UNITED STATES OF AMERICA v. **Stephen R. Green**

AUSA: **Robin S. Rosenbaum for Bruce T. Brown**   DEFENSE COUNSEL: **John O'Donnell**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to Count II of the indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date set for Friday, June 29, 2001, at 10:30 a.m.**