UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6272-CR-HURLEY

UNITED STATES OF AMERICA,

    plaintiff,

vs.

STEPHEN R. GREEN,

    defendant.
_____/

FILED by ___ D.C.

JUL - 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER OF CORRECTION OF SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(c)

**THIS CAUSE** is before the court *sua sponte* for correction of sentence imposed as a result of technical error pursuant to Fed. R. Crim. P. 35(c). At the sentencing hearing held June 29, 2001, the court erroneously sentenced defendant upon Count I of the indictment in reliance on a mistaken reference in the pre-sentence investigation report. However, the written plea agreement signed by the government and the defendant recites that the defendant pleads guilty to Count II of the indictment, and the transcript of plea hearing confirms entry of the defendant's plea of guilty upon Count II of the indictment. Pursuant to the plea agreement, the government, in turn, agreed to dismiss Count I of the indictment.

It is accordingly

**ORDERED AND ADJUDGED:**

1. The oral sentence pronounced at hearing held June 28, 2001 is corrected in that defendant

1

is sentenced for Count II of the indictment; the court otherwise reaffirms all other aspects of the sentence imposed.

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida this ____ day of July, 2001.

Daniel T. K. Hurley
United States District Court

copies to:

John D. O'Donnell, Esq.
Bruce O. Brown, AUSA