UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6272CR- HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                MOTION FOR RETURN OF BOND

STEPHEN R. GREEN,

    Defendant.              /

COMES NOW, ROBERTA FAULKNER, through undersigned counsel, and petitions this Court for an Order refunding the cash bond posted in this cause stating:

1. Movant posted $5,000.00 in cash on October 27, 2000, Receipt #401 520814, as part of the appearance bond required of the Defendant in this cause.

2. The Defendant herein has fully complied with all conditions of the appearance bond in this case, entering a plea of guilty to Count II of the indictment on June 29, 2001. It is therefore requested that the Defendant's cash bail heretofore posted by ROBERTA FAULKNER in the amount of $5,000.00, plus any accrued interest, be refunded to: ROBERTA FAULKER, 316 COOLIDGE STREET, HOLLYWOOD, FL 33019.

I HEREBY CERTIFY that a copy of the foregoing Motion for Return of Bond was furnished by mail to AUSA Bruce O. Brown, U.S. Federal Courthouse, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394 on this 16th day of July, 2001.

JOHN D. O'DONNELL
Florida Bar No. 138480
Colonial Building – Suite 201
4367 North Federal Highway
Ft. Lauderdale, FL 33308
(954) 491-2700

```
Fri Oct 27 13:06:58 2000

    UNITED STATES DISTRICT COURT

    MIAMI           , FL

Receipt No.   401 520814
Cashier          liz

Tender Type  CASH

Transaction Type   C

Case No./Def No.  0:99-CR-000000/   0

DO Code    Div No     Acct
 4600        0       604700

Amount             $   5000.00

ROBERTA FAULKNER, 316 COOLIDGE ST, HOLLY
WOOD, FL 33019(SS#074220263)

00CRG272/HURLEY/CASH BOND/STEPHEN GREEN
```

Case 0:00-cr-06272-DTKH  Document 29  Entered on FLSD Docket 07/17/2001  Page 2 of 2