UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6272-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

STEPHEN R. GREEN,
    Defendant.
_____/

FILED by _____ D.C.
JUL 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER AUTHORIZING RELEASE OF CASH BOND

**THIS MATTER** is before the Court on the motion of Roberta Faulker for return of cash bond posted in this cause. The Court being advised that the defendant has complied with all conditions of bond and is presently serving his term of probation, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court is hereby directed to forthwith make the disbursement of the $5,000.00 cash bond (Receipt No. 401 520814) posted on behalf of the defendant, Stephen R. Green, together with any accrued interest, to:

    Roberta Faulker
    316 Coolidge Street
    Hollywood, FL 33019

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this ___19th___ day of July, 2001.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
Bruce Brown, AUSA
John O'Donnell, Esq.
**Financial**