**United States Government**
M E M O R A N D U M

**DATE:**    May 30, 2002

**FROM:**    Ann M. Roman, U. S. Probation Officer
Ft. Lauderdale, Florida (954) 769-5509



FILED by _____ D.C.

JUN 1 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**SUBJECT:**    **GREEN, Stephen R.**
**Docket No. 00-6272-Cr-Hurley**
**SD/FL PACTS No. 65978**

**TO:**    The Honorable Daniel T.K. Hurley, Judge
U. S. District Court, West Palm Beach, Florida

## AUTHORIZATION FOR EMPLOYMENT RELATED TRAVEL

**Original Offense and Sentence:**    On June 29, 2001, the defendant was sentenced to five (5) years probation for Count One: Failure to Pay Child Support in violation of Title 18 U.S.C. § 228(a)(3). At the time of sentencing the following special conditions were ordered: 1) The defendant shall provide access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer; and 2) The defendant shall not incur any further debt, including but not limited to loans, lines of credit or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining permission from the United States Probation Officer. He was also ordered to pay $332,479.26 in restitution. The U. S. Probation Office, and the U. S. Attorney's Office are responsible for the enforcement of this order. 50% being disbursed to the State of Florida Disbursement Unit, and 50% towards the payment of the son's student loan.

**Employment:**    The Offender is currently employed at Dundas Systems Incorporated, a marketing company which specializes in business opportunity sales, which conducts seminars in over fifty cities throughout the country. The offender is employed as a manager to a sales team, and conducts seminars. Mr. Green began employment with the company in April 2002, and is required to travel outside the district on a regular basis. This travel has been verified and authorized by his employer, and the Company's Vice President David M. Sullivan. Mr. Green is in

Hon. William J. Zloch, Judge
U.S. District Court
Memorandum
March 28, 2002
Page 2 of 2

RE: VITTORIO, Vincent

At this time, we are respectfully requesting the Court allow recurrent travel outside the district for employment purposes, as outlined in the Probation Officers Guide to Judiciary Policies and Procedures, Volume X, Chapter IV, Section 14, which indicates, "recurrent travel more than 50 miles outside the district for employment requires the Court's approval."

If Your Honor has no objections to the above mentioned request, please sign below.

Respectfully submitted,

LAM/dem

Attachments

Reviewed by: _____
Carolyn Gamble, Supervising
U.S. Probation Officer

_____✓_____    **APPROVED: (Permission granted to desired travel)**

_____    **DISAPPROVED: (Please state course of action.)**

_____
U. S. District Judge

_____
Date