

**United States Government**
MEMORANDUM



**DATE:** December 14, 2005

**FROM:** Ann Roman, United States Probation
Ft. Lauderdale, FL
(954)769-5509

**SUBJECT:** GREEN, Stephen R.
Docket No. 00-6272-CR-HURLEY
SD/FL PACTS No. 65978

**TO:** The Honorable Daniel T. K. Hurley, Judge
U.S. District Court, West Palm Beach, Florida

### REPORT OF STATUS OF CASE AND REQUEST FOR TERMINATION OF PROBATION

**I.   COMPLIANCE WITH SUPERVISION CONDITIONS**

The above offender was sentenced on June 29, 2001, to five (5) years probation for Ct. 1 Failure to Pay Child Support in violation of Title 18 U.S.C. § 228(a)(3). At the time of sentencing the Court ordered the following special conditions: 1) Provide complete access to financial information, including disclosure of all business and personal finances; 2) Do not incur any further debt, included but not limited to loans, lines of credit, either as a principal or co-signer, or as an individual or through any corporate entity, without obtaining consent from the U.S. Probation Officer, 3) Restitution in the amount of $332,479.26 with 50% distributed to the State of Florida Disbursement Unit, and 50% toward the payment of his son's student loan.

Mr. Green's supervision will terminate on June 28, 2006. On March 9, 2005, a General Affidavit signed by the defendant's ex-wife Sheila Green was submitted to this officer. This affidavit addressed Ms. Green's desire and recommendation to the Court that the defendant be released from all financial obligations regarding child support in exchange for a final payment of $19,000. The affidavit further addressed the continued payment, by the defendant of the son's student loans. The officer confirmed with Ms. Green that she received a payment of $19,000 and according to Janice Thompson, the student loan payments were completed on October 7, 2005.

**II.   RECOMMENDATION**

Based upon the above information, this officer would recommendation to the Court that the offender's supervision be terminated. Mr. Green is self employed and continues to comply with the orders of supervision.

The Honorable Daniel T. K. Hurley, Judge
U.S. District Court, West Palm Beach, Florida
December 14, 2005
Page 2

        RE: **GREEN, Stephen R.**
           **Docket No. 00-6272-CR-HURLEY**
           **SD/FL Pacts # 65978**

  If Your Honor is in agreement with the U.S. Probation Officer's action please sign the attached Probation Form 35 Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date.

  For Your Honor's perusal we have enclosed a copy of the Presentence Investigation Report and Judgement and Commitment Order. Should Your Honor have any questions please contact the undersigned.

                  Respectfully submitted,

AMR/

Enclosure

Reviewed and Approved by: _____
          Carolyn M. Gamble, Supervising
         U.S. Probation Officer

PROB 35
(Rev 1/92)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
Southern District of Florida

### CASE No. 00-6272-CR-HURLEY

UNITED STATES OF AMERICA

v.

Stephen R. Green

On **June 29, 2001** the above named was placed on probation for a period of five (5) years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

U.S. Probation Officer
Ann Roman
Phone: (954)769-5509

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _9th_ day of _January_, 2006.

United States District Judge